UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kathleen M. Keller and Crystal Smith, *individually and on behalf of others similarly situated*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>North Memorial Health Care, the Board of Directors of North Memorial Health Care, and John Does 1-25,<br><br>　　　　　　Defendants. | Civ. No. 22-1794 (JWB/JFD)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

---

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. No. 93.)

Based on that Stipulation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: January 25, 2024　　　　　　　　　　*s/ Jerry W. Blackwell*
　　　　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge