# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kathleen M. Keller, Crystal Smith | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 22-cv-01794-JWB-JFD |
| North Memorial Health Care, Board of Directors of North Memorial Health Care, The, John Does 1-25 | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

Date: 1/26/2024                                                                    KATE M. FOGARTY, CLERK